UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS FRANCE,<br><br>   Plaintiff,<br><br>v.<br><br>ZACHARY K. BRADFORD, et al.,<br><br>   Defendants. | Case No. 2:23-cv-00444-GMN-NJK<br><br>Order |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendants' certificate of interested parties fails to identify any party or entities' citizenship attributed to them. *See* Docket No. 8.

Accordingly, Defendants must file an amended certificate of interested parties by April 4, 2023, fully identifying the citizenship of any party or entity attributed to Defendants.

IT IS SO ORDERED.

Dated: March 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.