MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
Telephone: 702.262.6899
Facsimile:  702.597.5503
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Counsel for Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Robert P. Beynon, Larry McNeill, Amer Tadayon, and Thomas L. Wood, and Nominal Defendant Cleanspark, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS FRANCE, Derivatively on Behalf of CLEANSPARK, INC., <br><br>Plaintiff, <br><br>v. <br><br>ZACHARY K. BRADFORD, LORI L. LOVE, S. MATTHEW SCHULTZ, LARRY MCNEILL, THOMAS L. WOOD, AMER TADAYON, and ROGER P. BEYNON, <br><br>Defendants, <br><br>-and- <br><br>CLEANSPARK, INC., a Nevada Corporation, <br><br>Nominal Defendant. | Case No.: 2:23-cv-00444-GMN-NJK <br><br>(Removal from District Court, Clark County, Nevada, Case No. A-23-866925-C) <br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO REPLY TO OPPOSITION TO MOTION TO CONSOLIDATE** |

Plaintiff Travis France ("Plaintiff"), derivatively on behalf of Nominal Plaintiff CleanSpark, Inc. ("CleanSpark") and Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Amer Tadayon, Roger P. Beynon (the "Individual Defendants"), and Nominal Defendant CleanSpark (together with the Individual Defendants, "Defendants") (collectively, with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby enter into the following joint stipulation and proposed order:

**WHEREAS**, on March 8, 2023, Plaintiff filed a shareholder derivative complaint (the

1

144631361.1

1  "Complaint") on behalf of Nominal Defendant CleanSpark in the Eighth Judicial District Court
2  of the State of Nevada in and for Clark County ("State Court"), captioned *France v. Bradford, et*
3  *al.*, Case No. A-23-866925-C (this "Action"); and

4  **WHEREAS**, on March 23, 2023, the Individual Defendants filed a Petition for Removal
5  and Notice of Removal (Dkt. 1), removing this Action from State Court to the United States
6  District Court for the District of Nevada; and

7  **WHEREAS**, on March 24, 2023, the Individual Defendants filed a Motion to
8  Consolidate, asking the Court to consolidate this Action into the consolidated shareholder
9  derivative action pending in the United States District Court for the District of Nevada, *In re*
10  *CleanSpark, Inc. Derivative Litigation*, Case No. 2:21-cv-01181-GMN-BNW (the "Motion to
11  Consolidate") (ECF No. 10); and

12  **WHEREAS**, on March 31, 2023, Plaintiff filed the Motion to Remand and Incorporated
13  Memorandum of Law, which has been noticed for consideration by the Court in the normal
14  course (the "Motion to Remand"); and

15  **WHEREAS**, on April 7, 2023, Plaintiff filed the Opposition to Defendants' Motion to
16  Consolidate ("Opposition");

17  **WHEREAS**, to ensure judicial and party economy, the Parties agree to extend the
18  deadline for Defendants to reply to the Opposition until on or before April 24, 2023.

19  **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the
20  Parties hereto, through their undersigned counsel, subject to the approval of the Court, as
21  follows:

22  1.   Defendants' deadline to reply to the Opposition is extended until on or before
23  April 24, 2023.

24  2.   Other than as agreed herein, the Parties reserve all rights.

25  / / /
26  / / /
27  / / /
28  / / /

144631361.1

| | |
|---|---|
| DATED: April 13, 2023 | DATED: April 13, 2023 |
| **FOX ROTHSCHILD LLP** | **ALDRICH LAW FIRM, LTD.** |
| /s/ Colleen E. McCarty | /s/John P. Aldrich |
| MARK J. CONNOT (10010) | JOHN P. ALDRICH (6877) |
| COLLEEN E. MCCARTY (13186) | CATHERINE HERNANDEZ (8410) |
| 1980 Festival Plaza Drive, Ste. 700 | 7866 West Sahara Avenue |
| Las Vegas, NV 89135 | Las Vegas, Nevada 89117 |
| mconnot@foxrothschild.com | jaldrich@johnaldrichlawfirm.com |
| cmcarty@foxrothschild.com | chernandez@johnaldrichlawfirm.com |
| *Counsel for Defendants* | |
| | **JOHNSON FISTEL LLP** |
| | Michael I. Fistel, Jr. |
| | 40 Powder Springs Street |
| | Marietta, GA 30064 |
| | Telephone: (470) 632-6000 |
| | Facsimile: (770) 200-3101 |
| | MichaelF@johnsonfistel.com |
| | *Counsel for Plaintiff Travis France* |

## ORDER

**IT IS SO ORDERED.**

_____
 UNITED STATES DISTRICT COURT JUDGE

DATED: April 16, 2023

3

144631361.1