1  **ALDRICH LAW FIRM, LTD.**
   JOHN P. ALDRICH
2  Nevada Bar No. 6877
   7866 West Sahara Avenue
3  Las Vegas, Nevada 89117
   Telephone: (702) 853-5490
4  Facsimile: (702) 227-1975

5  *Local Counsel for Plaintiff*

6  **JOHNSON FISTEL LLP**
   Michael I. Fistel, Jr.
7  40 Powder Springs Street
   Marietta, GA 30064
8  Telephone: (470) 632-6000
   Facsimile: (770) 200-3101
9  MichaelF@johnsonfistel.com

10 *Counsel for Plaintiff Travis France*

13                **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**

| | |
|---|---|
| TRAVIS FRANCE, Derivatively on behalf of Nominal Defendant CleanSpark, Inc.<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY K. BRADFORD, LORI L. LOVE, S. MATTHEW SCHULTZ, LARRY MCNEIL, THOMAS L. WOOD, AMER TADAYON, and ROGER P. BEYNON,<br><br>Defendants,<br><br>-and-<br><br>CLEANSPARK INC., a Nevada corporation,<br><br>Nominal Defendant. | Case No. 2:23-cv-00444-GMN-NJK<br><br>(Removal from District Court, Clark County, Nevada, Case No. A-23-866925-C)<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)[1]** |

---

[1] On April 5, 2023, the Parties filed a joint stipulation providing for similar relief sought in this motion. (ECF No. 19). Pursuant to LR 7-1(b), "[n]o stipulations relating to proceedings before the court, except those set forth in Fed. R. Civ. P. 29, are effective until approved by the court." As of the filing of this motion, the Parties' stipulation has not been granted or denied.

Plaintiff Travis France ("Plaintiff"), derivatively on behalf of nominal defendant CleanSpark, Inc. ("CleanSpark"), and defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, Larry McNeill, Thomas L. Wood, Amer Tadayon, Roger P. Beynon (the "Individual Defendants"), and nominal defendant CleanSpark (together with the Individual Defendants, "Defendants") (collectively, with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit this joint motion to extend the deadline to file a responsive pleadings to the Defendants' motions to dismiss as follows:

1. On March 8, 2023, Plaintiff filed a shareholder derivative complaint (the "Complaint") on behalf of nominal defendant CleanSpark in the Eighth Judicial District Court of the State of Nevada in and for Clark County ("State Court"), captioned *France v. Bradford*, et al., Case No. A-23-866925-C (the "Action").

2. On March 23, 2023, the Individual Defendants filed a Petition for Removal and Notice of Removal (ECF No. 1), removing this Action from State Court to the United States District Court for the District of Nevada.

3. On March 31, 2023, Plaintiff filed a Motion to Remand this Action back to the Eighth Judicial District Court of the State of Nevada in and for Clark County. (ECF No. 13).

4. On April 5, 2023, the Parties filed a joint stipulation providing for similar relief sought in this motion. (ECF No. 19). Pursuant to LR 7-1(b), "[n]o stipulations relating to proceedings before the court, except those set forth in Fed. R. Civ. P. 29, are effective until approved by the court." As of the filing of this motion, the Parties' stipulation has not been granted or denied.

5. On April 11, 2023, Defendants Zachary K. Bradford, Lori L. Love, S. Matthew Schultz, and Amer Tadayon, joined by Larry McNeill, Thomas L. Wood, and Roger P. Beynon (ECF. No. 35), filed a Motion to Dismiss or, in the Alternative, to Stay the Action. (ECF No. 25). Further, Larry McNeill, Thomas L. Wood, and Roger P. Beynon filed a separate Motion to

Dimiss. (ECF No. 34) (collectively, the "Motions").

6. The Parties agree to extend the deadline for Plaintiff to oppose the Motions until on or before May 11, 2023.

7. The Parties agree to extend the deadline for Defendants' to reply in support of the Motions until on or before June 1, 2023.

Dated: April 14, 2023

**ALDRICH LAW FIRM, LTD.**

*/s/ John P. Aldrich*
JOHN P. ALDRICH
Nevada Bar No. 6877
7866 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 853-5490
Facsimile: (702) 227-1975

*Local Counsel for Plaintiff*

**JOHNSON FISTEL LLP**
Michael I. Fistel, Jr.
*Pro Hac Vice* application pending,
Attorney has complied with L.R. IA 11-2
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

*Counsel for Plaintiff Travis France*

Dated: April 14, 2023

**FOX ROTHSCHILD LLP**

*/s/ Colleen E. McCarty*
MARK J. CONNOT (10010)
COLLEEN E. MCCARTY (13186)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, NV 89135
mconnot@foxrothschild.com
cmcarty@foxrothschild.com

*Counsel for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 16, 2023
CASE NO. 2:23-cv-00444-GMN-NJK

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney with **ALDRICH LAW FIRM, LTD.**, and on this date, I served a true and correct copy of the foregoing document on all parties to this action through the Court's electronic filing and notification system.

Dated: April 14, 2023

              */s/ John P. Aldrich*
              **JOHN P. ALDRICH**